IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LARRY MARSHALL, et al.,
    Plaintiff,

vs.                                  CASE NO.: 3:07cv260/RV/MD

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.
_____

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 15, 2008. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The defendant's consent motion to remand (doc. 20) is GRANTED and the Commissioner's decision denying benefits is REVERSED.

    3.    This case is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

    4.    Defendant is ordered to direct the Administrative Law Judge to hold a new hearing to consider plaintiff's submission of new evidence.

    5.    The clerk is directed to enter judgment for plaintiff and close the file.

    DONE AND ORDERED this 19th day of August, 2008.

                                                /s/ *Roger Vinson*
                                                **ROGER VINSON**
                                                **SENIOR UNITED STATES DISTRICT JUDGE**